June 19, 2015

To Fourth Court of Appeals
San Antonio, Texas

Court of Appeals Number: 04-14-00785-CV

Trial Court Case Number: 2011-CI-15957

Sirs:

My name is Manuel Castro – the Appellee.
P O Box 47776
San Antonio, TX 78265

(830) 570-5885

I received the notice to file a brief regarding this case, but I thought that my divorce attorney Mr. Joseph Appelt was handling my case.

Unfortunately, he has withdrawn. The notice was mailed to 23302 Hickory Shadow, Elmendorf, TX 78112. I no longer reside there.

My mailing address is P O Box 47776, San Antonio, TX 78265.
I received the letter on June 17, 2015, it also had the wrong P o box number (it had p o box 4776, San Antonio, Tx 78265).

I am requesting an extension of sixty days to file my brief.

With gratitude,

SHERIFF WOLFE CLERK

2012 MAR 13 PM 3:42